**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | P2 Oakland CA, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | DBA  East SF LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-1134751 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1112 Peralta St.**<br>**Oakland, CA 94607**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | P2 Oakland CA, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
☒ Yes.

| District | Northern District of California | When | 4/29/21 | Case number | 21-40604 |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **P2 Oakland CA, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 21-40717    Doc# 1    Filed: 05/25/21    Entered: 05/25/21 11:26:30    Page 3 of 9
Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **P2 Oakland CA, LLC**      Case number (*if known*) _____
   Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | P2 Oakland CA, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 25, 2021**
MM / DD / YYYY

X **/s/ Bruce Loughridge**           **Bruce Loughridge**
Signature of authorized representative of debtor           Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ E. Vincent Wood**           Date **May 25, 2021**
Signature of attorney for debtor           MM / DD / YYYY

**E. Vincent Wood**
Printed name

**The Law Offices of E. Vincent Wood**
Firm name

**1501 N. Broadway, Suite 261**
**Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone **(925) 278-6680**     Email address **vince@woodbk.com**

**297132 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **P2 Oakland CA, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fay Servicing, LLC** **P.O. BOX 814609** **Dallas, TX** **75381-4609** | | **1616 11th Street Oakland CA 94607** | | **$899,000.00** | **$0.00** | **$899,000.00** |
| **Fay Servicing, LLC** **P.O. BOX 814609** **Dallas, TX** **75381-4609** | | **1101 Peralta Street Oakland CA 94607** | | **$823,200.00** | **$0.00** | **$823,200.00** |

EDD
C/O Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


Entra Default Solutions, LLC
1355 Willow Way, Suite 115
Concord, CA 94520


Fay Servicing, LLC
P.O. BOX 814609
Dallas, TX 75381-4609


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


U.S. Attorney General
Civil Trial Sec. Western
PO Box 683 Ben Franklin
Washington, DC 20044


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 10th
San Francisco, CA 94102

In re   **P2 Oakland CA, LLC**                                         Case No.
                          Debtor(s)                                    Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **P2 Oakland CA, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 25, 2021**                                              **/s/ E. Vincent Wood**
Date                                                          **E. Vincent Wood**
                                                              Signature of Attorney or Litigant
                                                              Counsel for   **P2 Oakland CA, LLC**
                                                              **The Law Offices of E. Vincent Wood**
                                                              **1501 N. Broadway, Suite 261**
                                                              **Walnut Creek, CA 94596**
                                                              **(925) 278-6680 Fax:(925) 955-1655**
                                                              **vince@woodbk.com**

# ACTION BY ALL MEMBERS AND DIRECTORS OF
# P2 OAKLAND CA, LLC,
# A NEVADA LIMITED LIABILITY COMPANY

## As of May 25, 2021

I, <u>BRUCE LOUGHRIDGE</u>, certify that I am the sole shareholder and director of the above-named corporation organized under the laws of the State of Nevada (the "Limited Liability Company"), and that the resolutions on this document are a correct copy of the resolution's property adopted in lieu of a meeting of the Corporation as provided in the articles of organization dated <u>February 29, 2016</u>.

RESOLVED that the Limited Liability Company is hereby authorized to file a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code in the Northern District of California;

RESOLVED further that the Corporation is hereby authorized to retain Bankruptcy Counsel to represent it in the bankruptcy case;

RESOLVED further that the Corporation is hereby authorized to retain such other professionals as may be necessary for services in the bankruptcy case; and

RESOLVED further that <u>Bruce Loughridge</u> is hereby authorized (i) to sign whatever documents pleadings and retainer agreements as are necessary and appropriate to carry out these resolutions; and (ii) to act as the Limited Liability Company 'responsible individual" in such Chapter 11 case.

Dated: May 25, 2021 /s/ Bruce Loughridge
Bruce Loughridge, Manager